■ Bonnie Weber et al., Appellants, v. Luigi Maltese, Respondent.— Order unanimously affirmed, without costs. (See *Warren* v. *Vick Chem. Co.*, 37 A D 2d 913.) (Appeal from order of Monroe Special Term vacating notices of depositions.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.

■ The People of the State of New York, Respondent, v. William E. Doud, Appellant.— Order unanimously affirmed. Memorandum: The minutes of the hearing held on March 3, 1971 conclusively refute appellant's contention regarding the possible sentence. (Appeal from order of Monroe County Court denying application to vacate a judgment of conviction for sodomy, first degree.) Present — Marsh, P. J., Cardamone, Simons, Goldman and Del Vecchio, JJ.

■ Barbara Edmond, Respondent, v. Abe Lavine, as Commissioner of the New York State Department of Social Services, et al., Appellants.— Judgment unanimously affirmed, without costs. (See *Harris* v. *Lavine*, 43 A D 2d 894.) (Appeal from judgment of Erie Special Term in article 78 proceeding to obtain grant for furnishings.) Present — Marsh, P. J., Cardamone, Simons, Goldman and Del Vecchio, JJ.

■ Village of Camillus et al., Appellants, v. Henry Diamond, as Commissioner of Environmental Conservation, Respondent.— Judgment unanimously affirmed, without costs, upon the opinion at Special Term. (Appeal from judgment of Onondaga Special Term in article 78 proceeding in nature of prohibition.) Present — Marsh, P. J., Cardamone, Simons, Goldman and Del Vecchio, JJ. [76 Misc 2d 319.]

■ The People of the State of New York, Plaintiff, v. Chadwick Little, Defendant.— Motion for change of venue denied. Memorandum: On this application it does not appear that a fair jury cannot be obtained upon a trial in Yates County, and at this time we deem the motion premature. (See *People* v. *DiPiazza* 24 N Y 2d 342; *People* v. *Sekou*, 45 A D 2d 982.) Present — Marsh, P. J., Moule, Simons, Mahoney and Del Vecchio, JJ.